UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | Civil No. 1:11-CV-1829 |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **BECKLEY, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Defendants filed a motion to dismiss Plaintiff's complaint on May 11, 2012. (Doc. No. 54.) On July 13, 2012, Magistrate Judge Martin C. Carlson issued a Report and Recommendation in which he recommended that this Court dismiss all claims raised by Plaintiff with the exception of an excessive force claim raised against Defendants Beckley, Cooper, Smith, Curham, Kershner, and Famiglio. (Doc. No. 68.) The Court received Plaintiff's objections on July 18, 2012, and August 3, 2012. (Doc. No. 70, 72.) The objections fail to confront the legal findings in the Report and Recommendation in any meaningful way. Rather, the objections consist almost exclusively of complaints regarding prison staff and increasingly vituperative attacks on Judge Carlson. Upon a review of all the relevant documents the Court agrees with Judge Carlson that, with the exception of Plaintiff's excessive force claim, each of Plaintiff's claims is completely devoid of legal merit.

**ACCORDINGLY**, on this 17th day of August 2012, **IT IS HEREBY ORDERED THAT** Magistrate Judge Carlson's Report and Recommendation (Doc. No. 68) is **ADOPTED**, the motion to dismiss (Doc. No. 54) is **GRANTED IN PART**, and all claims with the exception of Plaintiff's excessive force claim against Defendants Beckley, Cooper, Smith, Curham,

Kershner, and Famiglio are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to terminate Defendants Werner, Franz, Baldwin, Kile, Frey, Charles, and Wolfe from this action. This matter shall be referred back to Magistrate Judge Carlson for continued pre-trial management and resolution of dispositive motions.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania
