IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN BALL | : | CIVIL ACTION NO. 1:CV-11-1829 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| LT. BECKLEY, et al. | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a December 9, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendants' Motion for Summary Judgment (Doc. No. 109) is GRANTED, and Plaintiff's Motion to Deny Summary Judgment (Doc. No. 141) is DENIED.

3) The Clerk of Court shall close the file.

    S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: January 6, 2014.